UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

N.K.,

               Petitioner,

    v.

KRISTI NOEM, Secretary of the United States Department of Homeland Security; PAMELA BONDI, Attorney General of the United States; TODD M. LYONS, Acting Director of United States Immigration and Customs Enforcement; SERGIO ALBARRAN, Acting Field Office Director of the San Francisco Immigration and Customs Enforcement Office; CHRISTOPHER CHESTNUT, Warden of California City Detention Center,

               Respondents.

Case No. 1:26-cv-00292-KES-SAB (HC)

ORDER GRANTING MOTION TO PROCEED UNDER PSEUDONYM

Doc. 3

## **ORDER**

The Court, having considered petitioner's motion to proceed under pseudonym, and good cause appearing therefor, the motion is hereby GRANTED.

IT IS SO ORDERED.

   Dated:   January 16, 2026

                                   _____
                                   UNITED STATES DISTRICT JUDGE

1