UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| N.K., <br><br> Petitioner, <br><br> v. <br><br> KRISTI NOEM, Secretary of the United States Department of Homeland Security; PAMELA BONDI, Attorney General of the United States; TODD M. LYONS, Acting Director of United States Immigration and Customs Enforcement; SERGIO ALBARRAN, Acting Field Office Director of the San Francisco Immigration and Customs Enforcement Office; CHRISTOPHER CHESTNUT, Warden of California City Detention Center, <br><br> Respondents. | No. 1:26-cv-00292-KES-SAB (HC) <br><br> ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS <br><br> Doc. 1 |

Petitioner N.K. is an immigration detainee proceeding with a petition for writ of habeas corpus and motion for temporary restraining order.[1]  Docs. 1, 4.  The Court has addressed the legal issues raised by count two of the petition on previous occasions.  *See, e.g.*, *Sergio S.M. v. Noem*, No. 1:25-CV-01973-KES-HBK (HC), 2025 WL 3768206 (E.D. Cal. Dec. 31, 2025); *R.D.T.M. v. Wofford*, No. 1:25-CV-01141-KES-SKO (HC), 2025 WL 2686866 (E.D. Cal. Sept. 18, 2025).

The Court informed the parties that it intended to rule directly on the petition and ordered respondents to show cause as to whether there are any factual or legal issues in this case that

---

[1] Petitioner's motion to proceed under pseudonym was granted by separate order.

1

1  render it distinguishable from the Court's prior orders in *Sergio S.M. v. Noem* and *R.D.T.M. v.*
2  *Wofford*, and that would justify denying the petition. Doc. 7. Respondents state that they "submit
3  based on the briefing in the previously-filed cases cited in this Court's order." Doc. 10.[2]

4  As respondents have not made any new legal arguments and have not identified any
5  factual or legal issues in this case that render it distinguishable from the Court's prior decisions in
6  *Sergio S.M. v. Noem*, No. 1:25-CV-01973-KES-HBK (HC), 2025 WL 3768206 (E.D. Cal. Dec.
7  31, 2025), and *R.D.T.M. v. Wofford*, No. 1:25-CV-01141-KES-SKO (HC), 2025 WL 2686866
8  (E.D. Cal. Sept. 18, 2025), the petition for writ of habeas corpus is GRANTED as to count two,
9  for the reasons stated in those prior orders.[3]

10 Respondents are ORDERED to release petitioner immediately. Respondents are
11 ENJOINED AND RESTRAINED from re-detaining petitioner unless they demonstrate, by clear
12 and convincing evidence at a pre-deprivation bond hearing before a neutral decisionmaker, that
13 petitioner is a flight risk or danger to the community such that his physical custody is legally
14 justified.

15 The Clerk of Court is directed to close this case and enter judgment for petitioner.

17 IT IS SO ORDERED.

18 Dated:   January 16, 2026

UNITED STATES DISTRICT JUDGE

---

[2] Although respondents captioned their response as "Motion to Dismiss Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 and Rule 4; Response to Petition for Writ of Habeas Corpus; Opposition to Preliminary Injunction; Opposition to Temporary Restraining Order; and Response to Rule to Show Cause," in the body of the response respondents do not move to dismiss the petition. *See* Doc. 10.

[3] The Court need not address petitioner's other claims as petitioner is entitled to the relief he seeks based on the ruling on count two.

2